**FIRST FINANCIAL BANK OF ST. LOUIS f/k/a Chippewa Bank, Plaintiff–Respondent,**

v.

**John P. GUIDRY, Defendant–Appellant.**

No. 70353.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 11, 1997.

**STATE of Missouri, Plaintiff–Respondent,**

v.

**Torrance BAKER, Defendant–Appellant.**

No. 70309.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

Stefan J. Glynias, Carl D. Lothman, Adrian P. Sulser, St. Louis, for defendant–appellant.

Mark A. Bertsch, St. Louis, for plaintiff–respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

John P. Guidry appeals the summary judgment entered in favor of First Financial Bank of St. Louis, f/k/a Chippewa Bank for breach of a loan guaranty.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).